# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

|  |  |  |
|---|---|---|
| **Joseph Anthony Reyna,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Consolidated Case No. 1:25-cv-02159-ABD-SH** |
| | § | |
| | § | |
| **Walmart Inc.,** | § | |
| *Defendant* | § | |

## ORDER

Now before the Court are Defendant Walmart, Inc.'s Opposed Motion to Stay Proceedings and Motion to Require Plaintiff to Seek Leave of Court Before Filing Any Additional Motions, filed June 9, 2026 (Dkt. 53), and Plaintiff's Response, filed June 15, 2026 (Dkt. 56).[2]

After *pro se* Plaintiff Joseph Anthony Reyna filed more than a dozen lawsuits in this Court in just four months, the Court entered a pre-filing injunction barring him from filing future complaints without obtaining prior approval from a district or magistrate judge ("Pre-Filing Injunction"). *E.g.*, *Reyna v. Block, Inc.*, No. 1:25-cv-01402-RP, Dkt. 9 at 2 (W.D. Tex. Oct. 30, 2025); *Reyna v. Cap. One Fin. Corp.*, No. 1:25-cv-01498-ADA, Dkt. 9 at 1-2 (W.D. Tex. Nov. 6, 2025).

On December 18, 2025, Reyna filed this employment discrimination action against his former employer, Walmart, Inc., in the Southern District of New York, alleging disability discrimination and retaliation under the Americans with Disabilities Act and state law, claims under the Employee Retirement Income Security Act, and state law tort claims. Dkt. 1. Because all Reyna's claims

---

[1] On June 23, 2026, the Honorable Andrew Davis ordered *Reyna v. Walmart, Inc.*, No. 1:26-cv-01400-ABD-SH (W.D. Tex. May 26, 2026) ("*Reyna II*") consolidated under lead case *Reyna v. Walmart, Inc.*, No. 1:25-cv-02159-ABD-SH (W.D. Tex. Dec. 18, 2025) ("*Reyna I*"). Dkt. 24 in *Reyna II*.

[2] The Honorable Alan D Albright referred *Reyna I* to this Magistrate Judge on December 30, 2025, for disposition of all non-dispositive pretrial matters and for findings and recommendations on all case-dispositive motions pursuant to 28 U.S.C. § 636(b)(1). Dkt. 7. The Honorable Andrew Davis referred the Consolidated Case to this Magistrate Judge on June 23, 2026. Dkt. 24 at 8 in *Reyna II*.

arose in this District, the Southern District of New York transferred the case to this Court on December 19, 2025. Dkt. 5. Reyna since has filed nearly four dozen motions and "notices" in *Reyna I* and *Reyna II*.

Walmart moves to dismiss, arguing that Reyna's complaint violates the Pre-Filing Injunction and that he does not state a plausible claim for relief. Dkt. 22. Walmart also asks the Court to stay proceedings until disposition of the motion to dismiss and require Reyna to obtain leave of Court before being permitted to file any future motions in this action.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court agrees that a stay of the proceedings and leave to file motions are necessary in the interest of judicial economy.

Defendant Walmart, Inc.'s Opposed Motion to Stay Proceedings and Motion to Require Plaintiff to Seek Leave of Court Before Filing Any Additional Motions (Dkt. 53) is **GRANTED**. The Court **HEREBY STAYS** this action until the Court rules on the Motion to Dismiss and **ORDERS** Reyna to seek and obtain leave of Court before filing any future motions in this action.

The Court **FURTHER ORDERS** the parties to file any future filing under Consolidated Lead Case No. 1:25-cv-02159-ABD-SH.

**SIGNED** on June 29, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

2